## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHRISTOPHER YOUNG,**<br><br>Defendant. | Case: 1:25−mj−00020<br>Assigned To : Sharbaugh, Matthew J.<br>Assign. Date : 1/30/2025<br>Description: COMPLAINT W/ARREST WARRANT<br><br>**UNDER SEAL** |

### AFFIDAVIT IN SUPPORT OF A
### CRIMINAL COMPLAINT AND ARREST WARRANT

I, Timothy Palchak, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AFFIANT BACKGROUND

1.  I am a Senior Police Officer with the Metropolitan Police Department of the District of Columbia ("MPD") and am currently assigned to the Metropolitan Police Department–Federal Bureau of Investigation Child Exploitation and Human Trafficking Task Force ("CEHTTF"), where my duties include investigating the sexual exploitation of children and online offenses against children, including the production, transportation, receipt, distribution, and possession of child pornography. I am also currently assigned to the Northern Virginia Regional Internet Crimes Against Children Task Force ("ICAC").

2.  I have been a member of MPD since 1994. In 2000, I was promoted to Detective Grade 2. In August 2021, after retiring from MPD, I returned as a sworn senior law enforcement officer. During my thirty-year tenure with MPD, I have been assigned to the Third District Patrol Operations and Prostitution Enforcement Unit and, since 2000, to the Youth Investigations Division. I have received training in numerous areas relating to child exploitation and have testified

as an expert witness in local and federal courts as it relates to child exploitation crimes. I have made numerous arrests and interviewed numerous victims, witnesses, and suspects.

3. I have participated in numerous child abuse investigations, child sex abuse investigations, and ICAC investigations. In November of 2005, I received cross-designation training from Immigration and Customs Enforcement and the FBI and have participated in numerous online child exploitation investigations and undercover online investigations.

4. I have been personally involved in the investigation of this matter. I am familiar with the information contained in this Affidavit based on my participation in the investigation, my review of documents and other evidence, my conversations with other law enforcement officers, and my training and experience. Because this Affidavit is being submitted for the limited purpose of establishing probable cause to arrest the defendant, I have not included the details of every aspect of the investigation. Where actions, conversations, and statements of others are related herein, they are related in substance and in part, except where otherwise indicated.

## **PROBABLE CAUSE**

5. On October 4, 2024, a member of the Metropolitan Police Department–Federal Bureau of Investigation Child Exploitation and Human Trafficking Task Force, operating in an undercover capacity (UC) out of a satellite office in Washington, D.C., was active on a social media application focused on dating and sexual encounters (herein, "Application A"). While many users of Application A are pursuing lawful, adult sexual activity, law enforcement knows that individuals also use the site to pursue illicit sexual activity, including sexual activity with children. Application A geolocates its users so that the individuals chatting know how far they are from each other.

6.      On Friday, October 4, 2024, while located in an office in Washington, D.C., the UC received a private message on Application A from an individual using the screen name, "too NASTY." This user was later identified as Christopher D. Young. Young sent the following message to the UC in a private message: "Into yng, zoo, and family. Hmu on tele Mrnunyab." Based on training and experience, your Affiant recognizes that the words "into yng" refers to a sexual interest in young children, "into … family" refers to an interest in incest, and "zoo" refers to an interest in bestiality. In addition, you affiant understands that "on tele Mrnunyab" means that Young was using the handle "Mrnunyab" on the social media application Telegram. According to geolocation data displayed on Application A during the October 4, 2024, chat, Young was located 31 miles from the UC's office in downtown Washington, D.C. Young's profile page on Application A indicated that he was 30 years of age and did not include a profile photo.

7.      On October 7, 2024, while located in a satellite office in Washington, D.C., the UC initiated a chat with Young on Telegram[1] using his "Mrnunyab" Telegram handle. During the chat, Young stated that he has an interest in young, zoo, and incest, again referring to his sexual interest in children, animals, and incest. He asked the UC if he wanted to exchange pictures. Young then informed the UC that he was from Baltimore and again asked the UC if he wanted to share pictures. The UC sent Young an image of his purported penis.[2] In turn, Young sent the UC an image of his erect penis. This image was set to disappear in seconds and was not saved by the UC.

---

[1] Telegram is an end-to-end encrypted chat platform, only the participants to that chat can see its contents. Because the application is unable to access the contents of the chat, it is not possible for the application to detect the discussion of child sex abuse or the transmission of child sex abuse material. For this reason, individuals interested in the sexual abuse of children frequently prefer to communicate via applications offering end to end encryption.

[2] This image did not depict a real penis.

3

8.      During the chat, the UC told Young that he was sexually active with his purported 6-year-old daughter. Young responded, "Nice you ever eat her pussy while you play with her, and she sleep?" The UC asked Young what his favorite age range was, and he responded, "7-17, but I enjoy watching any as long as it aint forced." The UC asked Young if he had any photos of children under the age of 10. Young responded, "I have a good one of all ages."

9.      On October 15, 2024, Young sent the UC a Mega link. On the same day, the UC accessed the link and observed that it contained over 1000 videos depicting children as young as infants engaged in sexual conduct with adults, including children being orally, anally, and vaginally penetrated by the penises of adults.[3] One video contained in the Mega link depicted an infant boy being anally penetrated by an adult man's penis. This video is known to the UC based on previous investigations, and the adults and infant in the video have been identified.

10.     On December 13, 2024, the UC continued to communicate with Young on Telegram. During the chat, the UC discussed meeting with YOUNG in person at the UC's purported residence in Washington, D.C. on December 19, 2024. While discussing the meeting, the UC provided his cell phone number to Young. Young then texted the UC from the cell phone number (202) 569-7XXX. The UC asked Young to send a picture of himself holding up his pinky. Young complied and sent the UC an image of himself holding up a pinky near his face.

11.     The UC compared the image that YOUNG sent to him on December 13, 2024, during the Telegram chat (pictured below in Figure 1 on the left) and observed that the photo visually matches the South Carolina Driver's license photo of Christopher Young (pictured below in Figure 1 on the right).

*Figure 1*

---

[3] Mega is a cloud based data storage service that allows its user to store files, including photo and video files, in their account.

 

12. On October 15, 2024, an administrative subpoena was served on Application A for information related to username "too NASTY." The return included latitude/longitude which confirmed the user was in the Baltimore area and showed that the user was in the vicinity of 200 W. Patapsco Avenue, in Baltimore Maryland, which is approximately 1.6 miles from 1935 Whistler Avenue in Baltimore. The return also included a Comcast IP address which was used to access the account. However, in response to a subsequent administrative subpoena, Comcast indicated that due to the type of service used, no subscriber information was available without additional information.[4]

13. On October 15, 2024, an administrative subpoena was served on Telegram for information related to username "@Mrnunyab." The response from Telegram provided an associated phone number of 202-569-7XXX (the same phone number Young used to send the UC a photograph of himself) and an IP address of 73.191.72.245 which was used to access the Telegram account on October 28, 2024, while the UC was still in contact with Young. In response

---

[4] Comcast indicated that it would need port information to locate subscriber information because the target account was an Xfinity wireless account, and the port information was not available.

5

to legal process, Comcast provided subscriber information for the IP address 73.191.72.245 including the name Treyvond Davis and the address 1935 Whistler Ave, Baltimore, Maryland 21230. Open-source data base searches indicated that Christopher Young and Topher Young are also associated with that address.

14. On January 29, 2025, the United States Postal Service Inspection Service indicated that Christopher Young was receiving mail at 1935 Whistler Avenue in Baltimore, Maryland between April 1, 2024, and October 23, 2024, and Topher Young was receiving mail at the same address between June 7, 2024, and January 11, 2025.

15. An updated administrative subpoena was served on AT&T for phone number 202-569-7XXX on December 13, 2024. A response received the same day listed the financially responsible party as Treyvond Davis of 5513 Old Court Rd, Windor Mill, Maryland. The user of the account was listed as Christopher D. Young at the same address. The return also listed an associated email address of topherdyoung@gmail.com.

16. An administrative subpoena was served on Google for gmail address topherdyoung@gmail.com on January 13, 2025. A response received the same day listed the subscriber as Christopher Young with a recovery SMS number of (202) 569-7XXX, the same number that YOUNG used to communicate with the OCE in December 2024. The response from Google further showed that the topherdyoung@gmail.com address was last accessed on January 10, 2025, from the IP address 73.191.72.245 (the IP address YOUNG used to communicate with the UC on Telegram).

## CONCLUSION

17.    Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that **CHRISTOPHER D. YOUNG**, committed the offense of Distribution of Child Pornography in violation of Title 18, United States Code, 2252(a)(2).

_____
Timothy Palchak
Senior Police Officer
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on January 30, 2025.

_____
HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE