AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Christopher Young<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

**Case: 1:25-mj-00020**
**Assigned To : Sharbaugh, Matthew J.**
**Assign. Date : 1/30/2025**
**Description: COMPLAINT W/ARREST WARRANT**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                     Christopher Young                     ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 USC 2252(a)(2)  .

Date:     01/30/2025

_____
*Issuing officer's signature*

City and state:     Washington, D.C.

Honorable Matthew J. Sharbaugh
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9AM 1-30-25 , and the person was arrested on *(date)* 2-13-25 |
| at *(city and state)* Baltimore MD . |
| Date: 2-13-25                                   _____<br>                                                      *Arresting officer's signature*<br><br>                                                      DWM Stanislowski<br>                                                      *Printed name and title* |